(No. 6390

Beverly J. Bicknell, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 13, 1972.*

Medansky, Cohan, Medansky and Valentino, Attorneys for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6407

Charles F. Kneedler, M.D., Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed June 13, 1972.*

Dr. Charles F. Kneedler, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.